IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MEDIA BANK, LLC,**<br><br>                      **Plaintiff,**<br>v.<br><br>**SCOTTeVEST, INC.,**<br><br>                      **Defendant.** | Case No. 19-cv-02465<br><br>Hon. Judge Steven C. Seeger<br><br>Hon. Mag. Judge Beth W. Jantz |
| **SCOTTeVEST, INC.,**<br><br>                      **Counter-Plaintiff,**<br>v.<br><br>**MEDIA BANK, LLC,**<br><br>                      **Counter-Defendant.** | |

## JOINT COVID-19 STATUS REPORT

Plaintiff/Counter-Defendant, Media Bank, LLC, and Defendant/Counter-Plaintiff, ScotteVest, Inc., (collectively referred to herein as the "Parties"), by their respective counsel and pursuant to this Court's order dated May 13, 2020 (ECF 55) as well as paragraph 5 of the Court's April 24, 2020 Third Amended General Order 20-0012 regarding the Coronavirus COVID-19 Public Emergency, submit the following Joint COVID-19 Status Report:

**1.** **Discovery:**

    **A.** **Status of Discovery**

Written discovery has commenced, but has not been completed, and has been substantially disrupted by the stay-at-home orders entered by the Governors of Illinois and New York (where Plaintiff maintains its offices). The Parties will endeavor to complete written discovery by July 31, 2020.

    **B.    Case Schedule**

The Parties believe that the current schedule (ECF 32, 46 ) should be vacated, and by the end of July 2020 intend to submit a new proposed schedule to complete discovery for the Court's consideration.

**2.    Motions:**

    **A.    Pending Motions**

Plaintiff has filed a motion to dismiss the counterclaims (ECF 36, 37) which is fully briefed and remains pending.

    **B.    Briefing Schedule for Pending Motions**

The referenced motion to dismiss is already fully briefed.

**3.    Status of Settlement Discussions:**

The Parties have participated in a settlement conference with Magistrate Judge Finnegan that did not result in a settlement (ECF 27). The working relationship between counsel for the parties remains very positive, which will facilitate continued settlement discussions.

**4.    Other Issues:**

    **A.    Other Issues that Require Court Action**

At this time, besides vacating the current discovery deadlines, there are no other issues that require Court action.

    **B.    No Telephonic Hearing Necessary**

The parties do not believe that a telephonic hearing with the Court is necessary at this time.

Respectfully submitted,

/s/ George J. Spathis

George J. Spathis, Esq. (ARDC No. 6204509)
Erin M. Mayer, Esq. (ARDC No. 6313447)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
gspathis@lplegal.com
emayer@lplegal.com

*Attorneys for the Plaintiff*

/s/ Elvis D. Gonzalez
**Signed with permission**

Elvis D. Gonzalez (ARDC No. 6280115)
ELVIS GONZALEZ, LTD.
233 South Wacker Drive, Suite 6149
Chicago, Illinois 60606
(312) 558-9779 x101
egonzalez@elvisgonzalezltd.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

George J. Spathis, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 18th day of May 2020.

*/s/ George J. Spathis*