**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MEDIA BANK, LLC,** | |
| **Plaintiff,** | Case No. 19-cv-02465 |
| **v.** | |
| **SCOTTeVEST, INC.,** | Hon. Judge Steven C. Seeger |
| **Defendant.** | Hon. Mag. Judge Beth W. Jantz |
| **SCOTTeVEST, INC.,** | |
| **Counter-Plaintiff,** | |
| **v.** | |
| **MEDIA BANK, LLC,** | |
| **Counter-Defendant.** | |

## JOINT COVID-19 JULY STATUS REPORT

Plaintiff/Counter-Defendant, Media Bank, LLC, and Defendant/Counter-Plaintiff, ScotteVest, Inc. (collectively referred to herein as the "Parties"), by their respective counsel and pursuant to this Court's order dated July 10, 2020 (ECF 60) as well as the Fifth Amended General Order 20-0012 regarding the Coronavirus COVID-19 Public Emergency, submit the following Joint COVID-19 July Status Report:

1. **Discovery:**

   A. **Status of Discovery**

   Written discovery has commenced, but has not been completed, and was substantially disrupted by the stay-at-home orders that were entered by the Governors of Illinois and New York (where Plaintiff maintains its offices), the strict limits imposed upon the physical return of personnel into the office as they reopen, as well as safety concerns that have caused certain

employees to elect not to return to the office. The Parties believe, however, that all written discovery (including document subpoenas to multiple non-parties can be completed by November 1, 2020, unless a surge in COVID-19 cases force further shut-downs in Chicago and/or New York City.

To date, no depositions have been taken. Many of the depositions, particularly those of certain non-parties, can commence via Zoom after written discovery is completed, but the Parties prefer that certain party depositions be taken in person, if and when that is feasible.

As such, the Parties believe that all non-expert discovery be completed no later than March 15, 2021.

### B. Case Schedule

The Parties propose to complete all non-expert discovery by March 15, 2021. By mid-February 2021, the Parties expect to be in a position to report on the completion of discovery, to report as to whether expert testimony will be necessary, and if so, to set a schedule for expert disclosures and discovery.

### 2. **Motions**:

### A. Pending Motions

Plaintiff has filed a motion to dismiss the counterclaims which is fully briefed and remains pending.

### B. Briefing Schedule for Pending Motions

The only pending motion (described in part 2A above) has been fully briefed and awaits disposition by the Court.

3.    **Status of Settlement Discussions**:

The Parties have participated in a settlement conference with Magistrate Judge Finnegan that did not result in a settlement (ECF 27). The working relationship between counsel for the parties remains very positive, which will facilitate continued settlement discussions.

4.    **Other Issues**:

A.    **Other Issues that Require Court Action**

At this time, there are no other issues that require Court action.

B.    **No Telephonic Hearing Necessary**

The parties do not believe that a telephonic hearing with the Court is necessary at this time.

Respectfully submitted,

*/s/ George J. Spathis* _____

George J. Spathis, Esq. (ARDC No. 6204509)
Erin M. Mayer, Esq. (ARDC No. 6313447)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
gspathis@lplegal.com
emayer@lplegal.com

*Attorneys for the Plaintiff*

*/s/ Elvis D. Gonzalez* _____
**Signed with permission**

Elvis D. Gonzalez (ARDC No. 6280115)
ELVIS GONZALEZ, LTD.
233 South Wacker Drive, Suite 6149
Chicago, Illinois 60606
(312) 558-9779 x101
egonzalez@elvisgonzalezltd.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

George J. Spathis, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 30th day of July 2020.

*/s/ George J. Spathis*