# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MEDIA BANK, LLC,**<br><br>    **Plaintiff,**<br>v.<br><br>**SCOTTeVEST, INC.,**<br><br>    **Defendant.** | Case No. 19-cv-02465<br><br>Hon. Judge Steven C. Seeger<br><br>Hon. Mag. Judge Beth W. Jantz |
| **SCOTTeVEST, INC.,**<br><br>    **Counter-Plaintiff,**<br>v.<br><br>**MEDIA BANK, LLC,**<br><br>    **Counter-Defendant.** | |

## JOINT STATUS REPORT

Plaintiff/Counter-Defendant, Media Bank, LLC, and Defendant/Counter-Plaintiff, ScotteVest, Inc. (collectively referred to herein as the "Parties"), by their respective counsel and pursuant to this Court's order dated August 3, 2020 (ECF 62), submit the following Joint Status Report:

**1.**  **Discovery:**

  **A.**  **Status of Discovery**

Written discovery has commenced but has not been completed. The Parties believe, however, that all written discovery (including document subpoenas to multiple non-parties) can be completed by January 30, 2021.

To date, no depositions have been taken. Many of the depositions, particularly those of certain non-parties, can commence via Zoom after written discovery is completed. While the Parties prefer that certain party depositions be taken in person, they understand that it may not be

feasible, and expect to complete most of the depositions by Zoom.

### B. Case Schedule

By mid-February, 2021, the Parties expect to be in a position to report on the status of oral fact discovery, to report as to whether additional time will be necessary, and if so, to set a proposed schedule for the completion of written fact discovery, and if necessary, a schedule for expert discovery.

## 2. Motions:

### A. Pending Motions

Plaintiff filed a motion to dismiss the counterclaims on December 10, 2019 (ECF 36), which has been fully briefed (since January 27, 2020) and remains pending.

Defendant recently (October 26, 2020) filed a motion to compel Plaintiff to respond to outstanding written discovery (ECF 64) which was scheduled to be presented on November 6, 2020. The parties, however, have reached an accord regarding the motion to compel and relief requested therein, pursuant to which <u>Plaintiff will respond to the written discovery requests on or before November 9, 2020 and shall substantially complete its production of responsive documents on or before November 17, 2020</u>. Based upon this accord, Defendant has agreed to withdraw its motion to compel, obviating the need for the November 6, 2020 hearing date.

### B. Briefing Schedule for Pending Motions

There is no briefing required for the motions described in part 2A above. Plaintiff's Motion to Dismiss the Counterclaims has been fully briefed and awaits disposition by the Court. Defendant's Motion to Compel has been withdrawn as moot based upon the agreement of the parties referenced above.

**3.     Status of Settlement Discussions:**

The Parties have participated in a settlement conference with Magistrate Judge Finnegan that did not result in a settlement (ECF 27).  The working relationship between counsel remains very positive, which will facilitate continued settlement discussions.  The parties intend to revisit the possibility of an additional settlement conference following the completion of fact discovery, and before undertaking expert discovery.

**4.     Other Issues:**

**A.     Other Issues that Require Court Action**

At this time, there are no other issues that require Court action.

**B.     No Telephonic Hearing Necessary**

The parties do not believe that a telephonic hearing is necessary at this time.

Dated: October 30, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ George J. Spathis* | */s/ Elvis D. Gonzalez* |
| | ***Signed with permission*** |
| George J. Spathis, Esq. (ARDC No. 6204509) | |
| Erin M. Mayer, Esq. (ARDC No. 6313447) | Elvis D. Gonzalez (ARDC No. 6280115) |
| LEVENFELD PEARLSTEIN, LLC | ELVIS GONZALEZ, LTD. |
| 2 North LaSalle Street, Suite 1300 | 233 South Wacker Drive, Suite 6149 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| (312) 346-8380 | (312) 558-9779 x101 |
| gspathis@lplegal.com | egonzalez@elvisgonzalezltd.com |
| emayer@lplegal.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

George J. Spathis, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 30th day of October, 2020.

*/s/ George J. Spathis*