IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MEDIA BANK, LLC,**<br><br>    **Plaintiff,**<br>v.<br><br>**SCOTTeVEST, INC.,**<br><br>    **Defendant.** | Case No. 19-cv-02465<br><br>Hon. Judge Steven C. Seeger<br><br>Hon. Mag. Judge Beth W. Jantz |
| **SCOTTeVEST, INC.,**<br><br>    **Counter-Plaintiff,**<br>v.<br><br>**MEDIA BANK, LLC,**<br><br>    **Counter-Defendant.** | |

**JOINT STATUS REPORT**

Plaintiff/Counter-Defendant, Media Bank, LLC, and Defendant/Counter-Plaintiff, ScotteVest, Inc. (collectively referred to herein as the "Parties"), by their respective counsel and pursuant to this Court's order dated November 2, 2020 (ECF 69), submit the following Joint Status Report:

**1.**   **Discovery:**

  **A.**   **Status of Discovery**

Written discovery requests have been served and written discovery is substantially completed (including document subpoenas to multiple non-parties). Plaintiff is expecting to supplement its production with additional emails during the week of February 1, 2021. Defendant's response to written discovery requests and production is not yet due.

The parties have taken the deposition of Meryl Draper, an officer of Quirk Creative (via Zoom), have served subpoenas on ScotteVest's former President (Marshall Rule) and David

Tiberia (Bluewater Media, LLC), and noticed the deposition of ScotteVest's co-founder and CEO, Scott Jordan, all for remote (Zoom) depositions.

      **B.**      **Case Schedule**

The parties believe they can continue making progress toward completing fact discovery between now and the current fact discovery cut-off date of March 15, 2021. In addition to the three depositions already noticed, Defendant anticipates noticing between 4-6 depositions of MBuy personnel. The specific witnesses to be deposed will depend on the extent of relevant involvement, which will not be fully known until Defendant completes its review of Plaintiff's supplemental e-mail production. Defendant will also have to locate and serve a subpoena on a former employee of Quirk Creative, who is believed to have relevant information. Given the realities of coordinating schedules for ten witnesses, the parties believe they will likely need a short extension of the current discovery cut-off to complete oral fact discovery.

In addition, certain of Plaintiff's requests for production will require counsel to meet-and-confer, and may require motion practice if the parties are not able to reach a suitable accord. In view of the foregoing, the parties have filed a motion contemporaneously with this report to extend the fact discovery cut-off by sixty days, to May 15, 2021. Upon the completion of fact discovery, the parties would like to revisit the possibility of settlement before setting an expert discovery schedule.

**2.**      **Motions:**

      **A.**      **Pending Motions**

On February 2, 2021, the parties filed an agreed motion to extend the existing fact discovery completion deadline.

      **B.**      **Briefing Schedule for Pending Motions**

N/A.

3. **Status of Settlement Discussions:**

The Parties participated in a settlement conference with Magistrate Judge Finnegan that did not result in a settlement (ECF 27). The working relationship between counsel remains very positive, which will facilitate continued settlement discussions. The parties intend to revisit the possibility of an additional settlement conference following the completion of fact discovery, and before undertaking expert discovery.

4. **Other Issues:**

    A. **Other Issues that Require Court Action**

At this time, there are no other issues that require Court action.

    B. **No Telephonic Hearing Necessary**

The parties do not believe that a telephonic hearing is necessary at this time.

Respectfully submitted,

/s/ George J. Spathis

George J. Spathis, Esq. (ARDC No. 6204509)
Erin M. Mayer, Esq. (ARDC No. 6313447)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
(312) 346-8380
gspathis@lplegal.com
emayer@lplegal.com

*Attorneys for the Plaintiff*

/s/ Elvis D. Gonzalez
**Signed with permission**

Elvis D. Gonzalez (ARDC No. 6280115)
ELVIS GONZALEZ, LTD.
233 South Wacker Drive, Suite 6149
Chicago, Illinois 60606
(312) 558-9779 x101
egonzalez@elvisgonzalezltd.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

George J. Spathis, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 2nd day of February, 2021.

/s/ George J. Spathis